# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 09-6387-ODW (PLAx)         Date  January 3, 2011

Title: **Lance Brown v. Carpenters Southwest Administration Corporation, et al.**

---

**PRESENT:** THE HONORABLE **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     (IN CHAMBERS)

By order of this Court dated December 1, 2010, the parties to this action were required to submit a Confidential Settlement Conference Statement no later than December 30, 2010. To date, plaintiff has failed to do so. Accordingly, **no later than 10:00 a.m. on January 4, 2011**, plaintiff is ordered to show cause why the settlement conference scheduled for January 6, 2011, should not be taken off calendar and sanctions imposed for failure to comply with court orders.

**IT IS SO ORDERED.**


cc:     Counsel of record


Initials of Deputy Clerk____ch____

CV-90 (10/98)    CIVIL  MINUTES  -  GENERAL